RECEIVED

APR 10 2008 *aew*
4-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Walter Steven Carlos-El

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Richard A. Devine

Veryl Gambino

Stanley J. Sacks

Thomas Dart

---

08CV2055
JUDGE DOW
MAG. JUDGE BROWN

(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

 ✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

 _____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

 _____  OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Walter Steven Carlos-EL

B. List all aliases: N/A

C. Prisoner identification number: 20070082858

D. Place of present confinement: Cook County Jail

E. Address: 2600 So. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Richard A. Devine & Veryl Gambino

   Title: State's Attorney and Asst. State's Attorney

   Place of Employment: 2650 So. California

B. Defendant: Stanley J. Sacks

   Title: Associate Judge

   Place of Employment: Circuit Court of Cook County Courtroom 602

C. Defendant: Thomas Dart

   Title: Sheriff

   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Walter Steven Carlos-EL -vs- Richard A. Devine et al. - Case No. 07-CV-5914

B. Approximate date of filing lawsuit: 10-16-2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Walter Steven Carlos-EL

D. List all defendants: Richard A. Devine, Veryl Gambino, Stanley J. Sacks, Daniel Gallagher, Juanita Lawson-Robinson, Edwin A. Burnette and The Chicago Police Department

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. Basic claim made: False Arrest, False Imprisonment, Intentional Infliction of Emotional Distress, Abuse of Process, Defamation and Malicious Prosecution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case is still pending, however, I don't know who the attorney is since Samantha Engel pulled herself off the case.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Judge Stanley J. Sacks arrested the plaintiff (Walter Steven Carlos-EL) on March 22, 2006 without a warrant having been issued and without probable cause. This occured in courtroom 303 @ 2650 So. California, Chicago, IL. 60608. State's Attorney, Richard A. Devine retrieved a bill of Indictment (# 06CR5755) on March 01, 2006. Said case (# 06CR5755) is the offense based upon the same facts that was an abandoned prosecution (# 0610359601) at Branch 38 on February 22, 2006. On March 22, 2006 plaintiff (Walter Steven Carlos-EL) was told by Judge Stanley J. Sacks that (quote) "This case was thrown out of lower court, but since you volunteerd to come here, I'm going to give you a bond" (unquote). A.S.A. Veryl Gambino is pursuing the prosecution maliciously and the grand jury has been misled in their ex-parte proceedings held

On March 01, 2006, Sheriff Thomas Dart has the plaintiff captive at Cook County Jail as a result of the conspiracy going on between Richard A. Devine, Veryl Gambino, and Stanley J. Sacks. Exhibits will show the unconditional Nolle-prosequi, which was a ruling in the plaintiff's favor. Plaintiff was discharged on February 22, 2006 @ Branch 38 before Hon. Judge Michelle Jordan, 727 East 111th Street Chicago, IL.

Res-Judicata

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is seeking affirmative or Injunctive relief and seeks to move this Honorable court to order Judge Stanley J. Sacks (Courtroom 602) of the Circuit Court of Cook County to Dismiss the case (#86Cr5155)(with prejudice) and to have the Plaintiff/Petitioner released immediately. Thank-You.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __April__ day of __02__, 20__08__

without prejudice,
__Walter Steven Carlos-EL__
(Signature of plaintiff or plaintiffs)   UCC 1-207   UCC 1-103

__Walter Steven Carlos-EL__
(Print name)

__200700 82858__
(I.D. Number)

__P.O. Box089002__
__Chicago, IL 60608__
__(Div-5) (Tier 1-L)__
(Address)

Exhibit (A)

```
STATE OF ILLINOIS      )
                       )  SS:
COUNTY OF C O O K      )

    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
    MUNICIPAL DEPARTMENT - FIRST MUNICIPAL DIVISION


THE PEOPLE OF THE              )
STATE OF ILLINOIS              )
        Plaintiff,             )
    vs.                        ) Case No. 06103596
WALTER CARLOS-EL               )
        Defendant.             )

        REPORT OF PROCEEDINGS of the hearing
before the HONORABLE MICHELLE JORDAN, on the 22nd
day of February, A.D., 2006.


    APPEARANCES:
        HON. RICHARD DEVINE, State's Attorney,
        BY:  MR. DEAN FUGATE,
                Assistant State's Attorney,
                    on behalf of the People;

        HON. EDWIN A. BURNETTE, Public Defender,
        BY:  MR. HAROLD HALL,
                Assistant Public Defender,
                    on behalf of the Defendant.
REGINA A. CLEMMER, CSR,
OFFICIAL COURT REPORTER
CIRCUIT COURT OF COOK COUNTY
LIC. NO. 084-004002
```

OFFICIAL COURT REPORTERS
CIRCUIT COURT OF COOK COUNTY
69 W. WASHINGTON
SUITE 800
CHICAGO, IL 60602
(312) 603-6400

1

1  THE CLERK: Walter Carlos-El.

2  MR. FUGATE: Judge, we are missing the
3  necessary witness. This is the second motion state
4  date.

5  THE COURT: Denied.

6  MR. FUGATE: Motion state nolle prosequi.

7  MR. HALL: Defendant's appearance is waived.

8  MR. FUGATE: Judge, nonsuit Count 3.

9      (Whereupon, the above-entitled
10     cause was nolle prosequi.)

STATE OF ILLINOIS )
                  )
COUNTY OF COOK    )

I, REGINA A. CLEMMER, an official court reporter of the Circuit Court of Cook County, Cook Judicial Circuit of Illinois, do hereby certify that I reported in shorthand the proceedings had on the hearing in the above-entitled cause, that I thereafter caused the foregoing to be transcribed into typing, which I hereby certify to be a true and accurate transcript of the proceedings had before the Honorable MICHELLE JORDAN, Judge of said Court.

REGINA A. CLEMMER
C.S.R. NO. 084-004002

Dated this 15th day
of October, 2007.

3