*MHN*

**FILED**
5-21-2008
MAY 2 1 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION
### AND
### FINANCIAL AFFIDAVIT

*Walter Steven Carlos-EL*
Plaintiff

v.

*Richard A. Devine, et al.*
Defendant(s)

CASE NUMBER  *08 C 2055*

JUDGE  *Robert M. Dow, JR.*

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, *Walter Steven Carlos-EL*, declare that I am the ☒plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?    ☒Yes    ☐No   (If "No," go to Question 2)
   I.D. # *2007-0087858*    Name of prison or jail: *Cook County Department Of Corrections*
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: *N/A*

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: *N/A*

   a. If the answer is "No":
   Date of last employment: *February 2005*
   Monthly salary or wages: *$ 1,480-00*
   Name and address of last employer: *St. Joseph Medical Center*
   *Towson    Maryland*

   b. Are you married?    ☐Yes    ☒No
   Spouse's monthly salary or wages: _____
   Name and address of employer: *N/A*

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
   Amount *N/A*    Received by *N/A*

b.    ☐ Business, ☐ profession or ☐ other self-employment        ☐Yes        ☒No
Amount_____ _N/A_ _____Received by_____ _N/A_ _____

c.    ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes        ☒No.
Amount_____ _N/A_ _____Received by_____ _N/A_ _____

d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
        ☐Yes        ☒No
Amount_____ _N/A_ _____Received by_____ _N/A_ _____

e.    ☒ Gifts or ☐ inheritances        ☒Yes        ☐No
Amount__ _$ 56.00_ _____Received by _Cook County Dept. OF Corrections_

f.    ☐ Any other sources (state source:____ _N/A_ ____),    ☐Yes    ☒No
Amount_____ _N/A_ _____Received by_____ _N/A_ _____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?        ☐Yes    ☒No    Total amount:_ _N/A_
In whose name held:__ _N/A_ _____Relationship to you:_____ _N/A_

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?        ☐Yes    ☒No
Property:__ _N/A_ _____Current Value:_____ _N/A_
In whose name held:__ _N/A_ _____Relationship to you:_____ _N/A_

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐Yes    ☒No
Address of property:_____ _N/A_
Type of property:_____ _N/A_ _____Current value:_____
In whose name held:__ _N/A_ _____Relationship to you:_ _N/A_
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
        ☐Yes    ☒No
Property:_____
Current value:__ _N/A_
In whose name held:__ _N/A_ _____Relationship to you:_ _N/A_

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here ☒No dependents
__ _N/A_ _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _5/14/2008_

*without Prejudice*

_Walter Steven Carlos-El_
U.C.C. Signature of Applicant  U.C.C. 1-103

_Walter Steven Carlos-El_
(Print Name)

------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Walter Carlos-El_, I.D.# _2007008288_ has the sum of
$ _.02_ on account to his/her credit at (name of institution) _CCDOC_.

I further certify that the applicant has the following securities to his/her credit: _———_. I further

certify that during the past six months the applicant's average monthly deposit was $ _9.00_.

(Add all deposits from all sources and then divide by number of months).

_5/14/08_
DATE

_Cnw Omc_
SIGNATURE OF AUTHORIZED OFFICER

_Cnw O McCoy_
(Print name)

rev. 10/10/2007



## **TRANSACTION REPORT**
Print Date: 05/14/2008

| Inmate Name: | CARLOS, WALTER S. | Balance: | $0.02 |
|---|---|---|---|
| Inmate Number: | 20070082858 | | |
| Inmate DOB: | 12/14/1963 | | |

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 04/16/2008 | ORDER DEBIT | -5.05 | 0.02 |
| 04/16/2008 | CREDIT | 5.00 | 5.07 |
| 03/12/2008 | ORDER DEBIT | -0.60 | 0.07 |
| 02/27/2008 | ORDER DEBIT | -5.39 | 0.67 |
| 02/22/2008 | CREDIT | 6.00 | 6.06 |
| 02/08/2008 | RETURN CREDIT | 0.03 | 0.06 |
| 02/06/2008 | ORDER DEBIT | -25.00 | 0.03 |
| 02/02/2008 | RETURN CREDIT | 0.03 | 25.03 |
| 01/31/2008 | CREDIT | 25.00 | 25.00 |
| 01/30/2008 | ORDER DEBIT | -0.03 | 0.00 |
| 01/23/2008 | ORDER DEBIT | -5.00 | 0.03 |
| 01/18/2008 | RETURN CREDIT | 0.03 | 5.03 |
| 01/16/2008 | CREDIT | 5.00 | 5.00 |
| 01/16/2008 | ORDER DEBIT | -0.03 | 0.00 |
| 12/24/2007 | ORDER DEBIT | -5.10 | 0.03 |
| 12/21/2007 | RETURN CREDIT | 0.12 | 5.13 |
| 12/19/2007 | CREDIT | 5.00 | 5.01 |
| 12/18/2007 | ORDER DEBIT | -0.12 | 0.01 |
| 11/27/2007 | ORDER DEBIT | -9.87 | 0.13 |
| 11/21/2007 | CREDIT | 10.00 | 10.00 |

© 2004 ARAMARK Corporation. All Rights Reserved