UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUN 20 2008
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Walter Steven Carlos-EL
(Plaintiff)

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Stanley J. Sacks
Richard A. Devine

Case No: 08 C 2055
(To be supplied by the Clerk of this Court)

—AMENDED COMPLAINT—

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Walter Steven Carlos-El
   B. List all aliases: None
   C. Prisoner identification number: 2007-0082858
   D. Place of present confinement: Cook County Department Of Corrections
   E. Address: 2700 So. California Ave.

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Stanley J. Sacks
      Title: Judge
      Place of Employment: 2650 So. California Ave.
   B. Defendant: Richard A. Devine
      Title: States Attorney
      Place of Employment: _____
   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Walter Steven Carlos-EL -vs- Richard A. Devine, et al. 08 C 2055

B. Approximate date of filing lawsuit: April 10, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Judge Stanley J. Sacks; State's Attorney, Richard A. Devine. (This is an Amended Complaint)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal - Northern District

F. Name of judge to whom case was assigned: Judge Dow

G. Basic claim made: False Arrest, Malicious Prosecution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending yet I haven't heard anything since April.

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A) Name of case and docket number: Walter Steven Carlos-EL [PLAINTIFF] V. The City of Chicago, Chicago Detective Peter Muhney (Star No. 20745), Chicago Police Officer Phyllis Gill (Star No. 1564), Chicago Police Officer Michael Murzyn (Star No. 1893), Chicago Police Officer Rickey Robinson (Star No. 19609), Chicago Police Officer Jennifer Holmes (Star No. 15621), as well as Unknown Officers of the Chicago Police Department [Defendants] Cause No. 07 CV 5914 — (42 U.S.C. §1983)

B) Approximate date of filing lawsuit: Amended Complaint (#4) electronically filed on May 30, 2008.

C) List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D) List all defendants: listed on line A, Detective Muhney, Officer's Gill, Murzyn, Robinson, Holmes and unknown Officers

E) Court in which the lawsuit was filed (if federal court, name the district; if State court, name the County) Northern District

F.) Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G.) Basic claim made: False Arrest, False Imprisonment, Malicious Prosecution; Fourth Amended Violation.

H.) Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending, however, U.S. Marshal's has been directed to serve process.

I.) Approximate date of disposition: N/A

List all lawsuits you (and your co-plaintiffs, if any) have filed in any State or federal Court in the UNITED STATES:

A) Name of Case and docket number: Walter Steven Carlos-El (Plaintiff) et al. (V.) Sheriff Thomas Dart, et al. — Et AL Plaintiff is named Ronnie Daniels. Et AL Defendant is named Cook County Department Of Corrections. Case No. is 08 C 2260

B) Approximate date of filing lawsuit: April 28, 2008

III

C) List all plaintiffs (if you had co-plaintiffs), including an aliases: Plaintiff Bonnie Daniels

D) List all defendants: Sheriff Thomas Dart, Cook County Department Of Corrections

E) Court in which the lawsuit was filed (if federal Court, name the district; if State Court, name the County.) Northern District

F) Name of Judge to whom case was assigned: Ronald A. GUZMAN.

G) Basic Claim made: Wanton Conduct

H) Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?) It is still pending.

I) Approximate date of disposition: N/A

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested Jan. 26, 2006 without a warrant and without probable cause. I was given a preliminary hearing on Feb. 02, 2006 and no alleged witnesses or victim's appeared. The case was continued until Feb. 22, 2006 in which no one appeared for examination again. The State motioned for a continuance of which the court denied. The State dropped three (3) charges and Non-suited count (3). Plantiff went home Feb. 22, 2006. Transcripts show that the case was dropped however, a computer printout shows that the charge of Residential Burglary was dropped. On March 01, 2006 The State went to the grand Jury and retrieved a bill of inditment on a dropped charge, ie Nolle-prosequi. The Inditment (#-06-CR 5155) says February Grand Jury but was held in March and the Clerk of the Court never authenticated said indictment

4

with her signature. Plaintiff has gone Pro-Se and his copy of said, True Bill is not a copy of the Original True Bill. Plaintiff was taken into custody on March 22, 2006 on an abandoned prosecution. Plaintiff has filed motions to dismiss indictments, motions to dismiss charges, Subpoena Duces Tecums, motions of Recusals and Habeas Corpuses, all of which have been denied with no written reason as to why. It is in the Plaintiff's opinion that his right to Life, Liberty, or Property is being denied by State Actors without Due Process of Law. Plaintiff has suffered tremendously in the Prosecutors Actions of Malice and their abuse of process. Judge Stanley J. Sacks knows that the charges were dropped and is acting as an adjunct appendage to a law enforcement Team. Plaintiff is Now being forced into trial on a charge that should never have been brought before a Grand Jury; (if that ever truly took place, legally and Lawfully.)

5

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff humbly request an order be sent by this Honorable court for immediate Injunctive Relief by releasing me from this malicious prosecution and violation of my (4th) Amendment Rights. Plaintiff also request that Stanley J. Sacks be removed from the bench for breaching his Contractual Duties and negating his Fiduciary Obligations.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __16__ day of __JUNE__, 20__08__

__Walter Steven Carlos-EL__
(Signature of plaintiff or plaintiffs)

__Walter Steven Carlos - EL__
(Print name)

__#2007-0082858__
(I.D. Number)

__P.O. Box 089002__
__Chicago, IL. 60608__
__(Div-5) (1-L)__
(Address)

6

Revised 9/2007

```
 1   STATE OF ILLINOIS    )
 2                        )  SS:
 3   COUNTY OF C O O K    )
 4       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 5       MUNICIPAL DEPARTMENT - FIRST MUNICIPAL DIVISION
 6
 7   THE PEOPLE OF THE         )
 8   STATE OF ILLINOIS         )
 9          Plaintiff,         )
10       vs.                   )  Case No. 06103596
11   WALTER CARLOS-EL          )
12          Defendant.         )
13       REPORT OF PROCEEDINGS of the hearing
14   before the HONORABLE MICHELLE JORDAN, on the 22nd
15   day of February, A.D., 2006.
16
17       APPEARANCES:
             HON. RICHARD DEVINE, State's Attorney,
18           BY:  MR. DEAN FUGATE,
                    Assistant State's Attorney,
19                     on behalf of the People;
20
         HON. EDWIN A. BURNETTE, Public Defender,
21       BY:  MR. HAROLD HALL,
                 Assistant Public Defender,
22                  on behalf of the Defendant.
     REGINA A. CLEMMER, CSR,
23   OFFICIAL COURT REPORTER
     CIRCUIT COURT OF COOK COUNTY
24   LIC. NO. 084-004002
```

OFFICIAL COURT REPORTERS
CIRCUIT COURT OF COOK COUNTY
66 W. WASHINGTON
SUITE 900
CHICAGO, IL 60602
(312) 603-6400

1

```
1        THE CLERK:  Walter Carlos-El.
2        MR. FUGATE:  Judge, we are missing the
3   necessary witness.  This is the second motion state
4   date.
5        THE COURT:  Denied.
6        MR. FUGATE:  Motion state nolle prosequi.
7        MR. HALL:  Defendant's appearance is waived.
8        MR. FUGATE:  Judge, nonsuit Count 3.
9               (Whereupon, the above-entitled
10              cause was nolle prosequi.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )
```

I, REGINA A. CLEMMER, an official court reporter of the Circuit Court of Cook County, Cook Judicial Circuit of Illinois, do hereby certify that I reported in shorthand the proceedings had on the hearing in the above-entitled cause, that I thereafter caused the foregoing to be transcribed into typing, which I hereby certify to be a true and accurate transcript of the proceedings had before the Honorable MICHELLE JORDAN, Judge of said Court.

_____
REGINA A. CLEMMER
C.S.R. NO. 084-004002

Dated this 15th day of October, 2007.

3

```
 5-05-2008              CIMIS Inmate Case Inquiry Menu
                                                                         9:15am
 Last CIMIS #  Status  Stat Date   Housing Stat   Date      IR  ID:
 2007-0082858   BOOK   11-02-2007  IN JAIL        4-30-2008 705266
 Inq    CIMIS #:2006-0007306       Disch Date  How
 Reqst                             2-22-2006   Charge Dropped      Date/Birth Age
 Name:CARLOS, WALTER STEVEN                                        12-14-1963  44

 Adjusted Rel Date:    -   -
                                        Sentence Status:NONE   0 Years    0 Days
                                                        Bail Amount:       0.00
                   ***** Bond ******
 Doc Number         Type          Amount Actn Branch          Most Serious Charge
 M  06-103596                       0.00 NOLE                 RESIDENTIAL BURGLARY



Alt=                                                                       =Num=
Press Enter to view detail case information.

1Prev    2Next    3Charges                6InqMenu        8MainMen       0DoAnthr
                                                  Transfer complete.
```

1

```
 1   IN RE:   PEOPLE VS. WALTER CARLOS-EL

 2

 3                        RGJ# 645

 4                        ARR DATE:  03-22-06

 5                        06 CR 5155

 6

 7

 8        BEFORE THE REGULAR GRAND JURY OF COOK COUNTY

 9

10                        FEBRUARY, 2006

11

12

13              TRANSCRIPT OF TESTIMONY TAKEN

14   IN THE ABOVE ENTITLED MATTER ON THE 1ST DAY OF

15                    MARCH, A.D., 2006.

16

17
     PRESENT:          MS. HEATHER BRUALDI
18                     ASSISTANT STATE'S ATTORNEY

19
     REPORTED BY:      DAWN C. EVERS
20                     CERTIFIED SHORTHAND REPORTER
                       ILLINOIS LICENSE NO. 084-004459
21

22

23   LIST OF WITNESSES:

24   DETECTIVE MUHNEY
```

G.J. No.   645
GENERAL NO. 06 CR- 5155

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
February, 2006

The People of the State of
Illinois
v.
Walter Carlos-El

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\* INDICTMENT FOR \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RESIDENTIAL BURGLARY, ETC

A TRUE BILL
_____
Foreman of the Grand Jury

=================================
WITNESSES
DET. P. MUHNEY

_____
_____
_____
_____
_____
_____
_____

=================================
Filed _____, 20 ___
_____, Clerk
Bail $_____
=================================

COPY



FILED 2006 MAR 10 PM 2:37
CLERK OF CIRCUIT COURT
CRIMINAL DIVISION
DOROTHY BROWN, CLERK

# BOYD & KUMMER, LLC

20 South Clark Suite 500, Chicago, Illinois 60603
Telephone 312-363-6100 - Facsimile 312-372-7076

May 20, 2008

Walter Steven Carlos-El
Inmate #2007-0082858
P.O. Box 089002
Chicago, IL 60608

VIA U.S. MAIL

RE:   **People v. Carlos-El**; 06 CR 5155

Dear Mr. Carlos-El:

Please find enclosed Plaintiff's **Fourth Amended Complaint**. This was filed on you behalf on March 20, 2008. If you have any questions or concerns please contact Scott Kummer at your convenience.

Very truly yours,

BOYD & KUMMER, LLC
Matt Wilhelm
Paralegal

Encl.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER STEVEN CARLOS-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 CV 5914 |
| | ) | |
| THE CITY OF CHICAGO, CHICAGO DETECTIVE PETER MUHNEY (Star No. 20745), CHICAGO POLICE OFFICER PHYLLIS GILL (Star No. 1564), CHICAGO POLICE OFFICER MICHAEL MURZYN (Star No. 1893), CHICAGO POLICE OFFICER RICKEY ROBINSON (Star No. 19609), CHICAGO POLICE OFFICER JENNIFER HOLMES (Star No. 15621), as well as UNKNOWN OFFICERS of the Chicago Police Department | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 20, 2008, the Plaintiff's **Fourth Amended Complaint** was electronically filed with the Northern District of Illinois Eastern Division.

Respectfully submitted,

/s/ Scott W. Kummer

BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6273348

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, a copy of the Plaintiff's **Fourth Amended Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Respectfully submitted,

/s/ Scott W. Kummer

BOYD & KUMMER, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-363-6100
312-372-7076 (Fax)
ARDC No. 6273348

**Notice will be electronically mailed to:**

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 5914 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Walter Steven Carlos-El vs. Richard A. Devine | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/22/2008. U. S. Marshal Service is directed to serve process. Status hearing set for 7/10/2008 at 9:00. Plaintiff's motion to compel [27] stricken without prejudice.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

07C5914 Walter Steven Carlos-El vs. Richard A. Devine          Page 1 of 1

# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

May 22, 2008

**By the Court:**

| | |
|---|---|
| WALTER S. CARLOS-EL,<br>        Petitioner-Appellant,<br><br>Nos. 08-2132 and 08-2224       v.<br><br>PEOPLE OF THE STATE OF ILLINOIS,<br>RICHARD A. DEVINE, VERYL GAMBINO,<br>STANLEY J. SACKS, THOMAS J. DART,<br>Sheriff,<br>        Respondents-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 08 C 1176<br>]<br>] Amy J. St. Eve, Judge.<br>]<br>] |

### O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

IT IS ORDERED that this appeal shall proceed to a determination of appellant's fee status on appeal, and to a determination whether a certificate of appealability should issue.

Briefing in this consolidated appeal is SUSPENDED until further court order.